UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Respondent,

                                                      CIVIL ACTION NO. 06-50575

v.

                                                      HON. PAUL D. BORMAN

DOMINIQUE HARDIN,

    Movant.

_____/

## ORDER OF DISMISSAL

The court, having been informed that the parties in this matter reached a settlement agreement,

Accordingly, **IT IS ORDERED**, that the complaint is dismissed.

**IT IS FURTHER ORDERED** that any party may motion to reopen the matter within thirty (30) days of the date of this order to enforce the settlement agreement.

                                                   s/Paul D. Borman
                                                   PAUL D. BORMAN
                                                   UNITED STATES DISTRICT JUDGE

Dated:  July 18, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 18, 2006.

s/Denise Goodine

Case Manager